UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
10 SEP 22 AM 9:02
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES OF AMERICA,

               Plaintiff,

    vs.

MARIO NUNEZ JR. (2),

               Defendant.

CASE NO. 10CR3623-JLS

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

___   of the offense(s) of the Indictment/Information:

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: SEPTEMBER 21, 2010

_____
WILLIAM V. GALLO
UNITED STATES DISTRICT JUDGE